# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

DESTINY BOUND MANAGEMENT, )
                                              )
      Plaintiff,                 )
                                              )
v.                                            )
                                              )     CV417-112
RANDALL WILLIAMS, )
                                              )
     Defendant.              )

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the R&R is **ADOPTED**, and this case is **REMANDED** to the Magistrate Court of Chatham County.

**ORDER ENTERED** at Augusta, Georgia, this _19th_ day of Sepetmber, 2017.

                                                       J. RANDAL HALL, CHIEF JUDGE
                                                       UNITED STATES DISTRICT COURT
                                                       SOUTHERN DISTRICT OF GEORGIA