# United States District Court
## *Southern District of Georgia*

Destiny Bound Management

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-112

Randall Williams

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated September 19, 2017, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of this Court. This case is REMANDED to the Magistrate Court of Chatham County. This action stands closed.



September 19, 2017 — Date

Scott L. Poff — Clerk

(By) Deputy Clerk